UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**Case No. 2:18-cr-218(2)**
**JUDGE EDMUND A. SARGUS, JR.**

**TIFFANY A. STROBL,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant Tiffany Strobl's Motion to Terminate Supervised Release Term (the "Motion to Terminate") (ECF No. 111), which Plaintiff United States of America (the "Government") opposes (ECF No. 112). For the reasons stated herein, the Court **GRANTS IN PART** and **DENIES IN PART** Defendant's Motion to Terminate. (ECF No. 111.)

### I.

On February 7, 2019, Defendant Strobl pled guilty in this Court to conspiring to commit money laundering in violation of 18 U.S.C. § 1956(h). (ECF No. 39.) This plea entry came after Defendant had already been sentenced by the United States District Court for the Southern District of Florida in two cases: *United States v. Strobl*, Case No. 0:17-CR-60066-WPD-1 (bank fraud and possession of false identification documents) and *United States v. Strobl*, Case No. 0:17-cr-60128-WPD (bank fraud and aggravated identity theft). Between both cases, Defendant was sentenced to (1) pay a total of $400.00 in special assessments and $9,548.25 in restitution and (2) serve twenty-four months of imprisonment.

1

On July 18, 2019, this Court sentenced Defendant to serve five additional months of imprisonment for her conspiracy conviction. It also sentenced her to complete three years of supervised release, to pay a $100.00 special assessment, and to pay $2,151,067.67 in restitution. (ECF No. 80.) Defendant, after completing her term of imprisonment, began her term of supervised release in January of 2020.

On September 28, 2021, the Southern District of Florida terminated Defendant's term of supervised release. Defendant, however, remains under supervision pursuant to this Court's sentence. Her term of supervision is currently slated to end on December 29, 2022.

## II.

Defendant now seeks early termination of her supervised release. (ECF No. 111.) She notes that, thus far, she has complied fully with the terms of her supervision and, after months of determined work, obtained employment as a truck driver. She states that this job enabled her to pay off the restitution order imposed by the Southern District of Florida and has allowed her to pay $2,555.00 toward this Court's restitution order. (*Id.*) She argues that, in light of her current stability, it is "unnecessary to have her on supervision simply to collect the restitution she's already been ordered to pay." (*Id.*)

Both Defendant's Probation Officer and the Government oppose early termination of Defendant's supervised release. (ECF No. 112.) They cite the outstanding balance of restitution that Defendant still owes as the basis of their opposition. (*Id.*) The Government asserts that Defendant has agreed to pay $1,000 per month, but that these payments have been inconsistent. (*Id.*) It thus believes that continued supervision is necessary to "better ensure" that Defendant keeps her word. (*Id.*)

The Court agrees that, in light of the restitution that Defendant still owes, her supervision should continue in the short-term. However, it recognizes—as the Government does—that Defendant has made clear steps toward paying off her debt. She obtained a commercial driver's license while working full time, and, thereafter, gained employment as a truck driver. And she did all of this while fully complying with the terms of her supervision. These are laudable achievements which, on the whole, suggest that Defendant is committed to paying her court-ordered restitution. To that end, they warrant some reduction to Defendant's term of supervision. *See* 18 U.S.C. § 3583(e).

Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** Defendant's Motion to Terminate.  (ECF No. 111.)  Defendant's term of supervised release shall **TERMINATE** on **JULY 31, 2022**. All conditions of her supervision shall remain until then.

 **IT IS SO ORDERED.**

**4/14/2022**                                                                      s/Edmund A. Sargus, Jr.
**DATE**                                                                              **EDMUND A. SARGUS, JR.**
                                                                                             **UNITED STATES DISTRICT JUDGE**